UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILIP DOMINGUEZ,

                    Plaintiff,

- against -

METROPOLITAN TRANSPORTATION
AUTHORITY, LONG ISLAND RAIL ROAD
COMPANY, GEORGE FARRELL,
and MICHAEL BARTO,

                    Defendant.

Case No.: 12-Civ.-1694(CBA)(LB)

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Philip Dominguez and defendant The Long Island Rail Road Company ("LIRR"), through their undersigned counsel, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action shall be dismissed in its entirety, with prejudice, as against defendant LIRR and with no award of attorney's fees, costs or disbursements by the Court to any party.

Dated: Jamaica, New York
       April / May 15, 2013

PHILIP DOMINGUEZ
*Plaintiff Pro Se*

By: /s/ Philip E. Dominguez
    Philip Dominguez
901 Avenue H, Apt. #2-0
Brooklyn, NY 11230

RICHARD L. GANS, ESQ.
**Vice President-General Counsel & Secretary**
*Attorney for Defendant*

By: /s/
    Kevin P. McCaffrey
LIRR Law Department
Jamaica Station
Jamaica, New York 11435
(718) 558-6820